RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | CASE NO.:     2:13-cv-00801-LDG-VCF |
| Plaintiff, | **DEFAULT JUDGMENT AGAINST DEFENDANTS JAMES A. BARTON, J&H BARTON FAMILY TRUST DATED MARCH 8, 2000, JAMIE McNULTY, AND McNULTY FAMILY TRUST** |
| v. | |
| BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; BT MECHANICAL HOLDINGS, LLC, a Nevada limited liability company; JAMES A. BARTON, individually and as trustee of the J&H BARTON FAMILY TRUST DATED MARCH 8, 2000; JAMIE McNULTY, individually and as trustee of the McNULTY FAMILY TRUST; DENNIS BARTON, an individual; LIBERTY DUCT, LLC, a Nevada limited liability company, | |
| Defendants. | |

THIS MATTER having come before the Court pursuant to Plaintiff Bank of the West's ("Plaintiff") Application for Default Judgment against Defendants James A. Barton, J&H Barton Family Trust Dated March 8, 2000, Jamie McNulty, and McNulty Family Trust (the "Application"), and the Court having reviewed the pleadings and papers submitted in support thereof, judgment is hereby entered against Defendants James A. Barton, J&H Barton Family Trust Dated March 8, 2000, Jamie McNulty, and McNulty Family Trust (collectively the "Barton and McNulty Defendants"), jointly and severally, pursuant to Fed. R. Civ. P. 55(b)(2), as follows:

07296-09/1146644.doc

1.    Plaintiff is hereby awarded a total amount of **$4,232,901.18** against the Barton and McNulty Defendants, jointly and severally, broken down as follows:

a. Plaintiff is hereby awarded actual damages against the Barton and McNulty Defendants in the total amount of $4,043,629.91 based upon the Barton and McNulty Defendants breaches of their duties and obligations to Plaintiff as alleged in the Complaint and as set forth in the Application.

b. Plaintiff is hereby awarded attorney fees incurred in the prosecution of this action in the amount of $174,043.10, pursuant to the terms of the Commercial Guaranties (defined in the Application) and as set forth in the Application.

c. Plaintiff is hereby awarded costs incurred in the prosecution of this action in the amount of $15,228.17, pursuant to LR 54-1, the terms of the Commercial Guaranties, and as set forth in the Application.

2.    Additionally, to this amount, **$4,232,901.18**, Plaintiff is awarded interest from November 6, 2013 at 9.25%, the current rate of interest for the Loan (defined in the Application).

3.    Further, to this amount, **$4,232,901.18**, Plaintiff is awarded post-judgment interest from the date of entry of this Default Judgment at the maximum rate permitted by law until all sums are paid in full.

IT IS SO ORDERED.

DATED April 16, 2014.

UNITED STATES DISTRICT JUDGE