**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF THE WEST,<br><br>        Plaintiff(s),<br><br>    v.<br><br>BIG TOWN MECHANICAL, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:13-CV-801 JCM (VCF)<br><br>ORDER |

Presently before the court is case no. 2:13-cv-00801-JCM-VCF, *Bank of the West v. Big Town Mechanical, LLC et al*.

On May 23, 2017, a copy of the notice of submission of the bankruptcy trustee's final report was entered into the record of this case. (ECF No. 70).

The court seeks to hear from the parties as to their intended course of resolving this case, in light of the present stage of the bankruptcy proceedings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties, either individually or jointly, shall file a status report as to the relevant bankruptcy proceedings within seven (7) days of the date of this order. Any status report submitted by the parties in accordance with this order shall indicate whether prosecution of the instant case can continue.

DATED July 20, 2017.

_____
UNITED STATES DISTRICT JUDGE